Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central District of California  ▾

Central Division



ALLODIAL AMERICAN NATIONAL PRIVATE TRUST - F.E.I.N #06037
Cynthia Harris-Bey, Ex Rel - CYNTHIA HARRIS / HARRIS CYNTHIA
Joseph L. Harris,
Dominic M. Contreras et,al

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

THE STATE BAR OF CALIFORNIA,
LOS ANGELES COUNTY SUPERIOR COURT OF CALIFORNIA,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
ANNABELLE G. CORTEZ - B.A.R No. #: 183258
FERNANDO AMENDOLA et,al

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV23-6558-SB (RAOx)

*(to be filled in by the Clerk's Office)*



FILED
CLERK, U.S. DISTRICT COURT

AUG – 9 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | .Cynthia Harris-Bey Ex Rel: CYNTHIA HARRIS / HARRIS CYNTHIA |
| Street Address | c/o: GENERAL DELIVERY, 1055 North Vignes Street |
| City and County | Near Los Angeles Territory, |
| State and Zip Code | CALIFORNIA CORPORATION [90012] Zip Exempt |
| Telephone Number | (202) 984-8970 |
| E-mail Address | AllodialAmericanNational@Proton.me |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name      ANNABELLE G. CORTEZ - B.A.R No. #: [183258]

    Job or Title *(if known)*      STATE ACTOR / ATTORNEY / B.A.R MEMBER

    Street Address      c/o: [201 Centre Plaza Drive

    City and County      Monterey Park, Los Angeles County

    State and Zip Code      CA. [91754]

    Telephone Number      (323) 307-8001

    E-mail Address *(if known)*

Defendant No. 2

    Name      FERNANDO AMENDOLA

    Job or Title *(if known)*      D.C.F.S - EMPLOYEE / STATE ACTOR

    Street Address      c/o: 5100 Goldleaf Circle

    City and County      Monterey Park, Los Angeles County

    State and Zip Code      CA [91754]

    Telephone Number

    E-mail Address *(if known)*      amendf@dcfs.lacounty.gov

Defendant No. 3

    Name      LOS ANGELES COUNTY SUPERIOR COURT OF CALIFORNIA

    Job or Title *(if known)*      England doing business as A Public Corporation known

    Street Address      c/o: 201 Centre Plaza Dr, Monterey Park

    City and County      Monterey Park, England unlawfully doing business as California in [Los Angeles County]

    State and Zip Code      CA [91754]

    Telephone Number      (323) 307-8098

    E-mail Address *(if known)*

Defendant No. 4

    Name      DEPARTMENT OF CHILDREN FAMILY SERVICES

    Job or Title *(if known)*

    Street Address      c/o: 101 Centre Plaza

    City and County      Monterey Park, Los Angeles County

    State and Zip Code      CA [91754]

    Telephone Number      (800) 540-4000

    E-mail Address *(if known)*

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question           ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**U.S. Constitutional Law of 1791 (Republic), Treaty of Tripoli 1805**

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)*   Cynthia Harris - Ex Rel: CYNTHIA HARRIS / HARRIS CYNTHIA  , is a citizen of the State of *(name)*   California State Republic   .

    b.     If the plaintiff is a corporation

The plaintiff, *(name)*   EDMUND D. EDELMAN CHILDREN'S COURTHOUSE  , is incorporated under the laws of the State of *(name)*                                                    ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

The defendant, *(name)*   ANNABELLE G. CORTEZ - B.A.R No. # [183258]   , is a citizen of the State of *(name)*   CA   . Or is a citizen of *(foreign nation)*   ENGLAND   .

b.    If the defendant is a corporation

The defendant, *(name)* THE STATE BAR OF CALIFORNIA , is incorporated under

the laws of the State of *(name)* CALIFORNIA , and has its

principal place of business in the State of *(name)* CA .

Or is incorporated under the laws of *(foreign nation)* ENGLAND ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Amount in Controversy is $1,000,000.00 (U.S.D) restitution fee's, schedule fee's, without costs of court and fee's due to being Deprived of Civil Rights Under Color of Law according to 42 U.S.C 1983 and for being deprived of the rights of a mother and fee schedule. See (Affidavit Notification Reservation of Rights and Fee Schedule.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Near Los Angeles Territory, California State Republic, United States.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Around May 15, 2023, 11:00 A.M. via Telephone and via Electronic Mail.

C.  **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Defendant: Fernando Amendola, a DEPARTMENT OF CHILDREN AND FAMILY SERVICES employee stated and threatened me via telephone that the DEPARTMENT OF CHILDREN AND FAMILY SERVICES will be unlawfully seizing my son Joseph L. Harris without a warrant and my without my willingly and knowingly voluntary consent given according to the U.S.Constitutional Laws of 1791 (Republic) IV Amendment, 18 U.S.C 2261A and 18 U.S.C 2261b unlawful violations under color of California State Law of 42 U.S.C 1983, 18 U.S.C 242,18 U.S.C 1593A,

Defendant: Fernando Amendola forced me under of color of California Common Law and under Threat,Duress and Coercion to sign adhesive contracts  he created a fraudulent application and false statements in the Los Angeles County Superior Court of California (Edmund D. Edelman Children's Court) for a unlawful beneficial and financial gain according to Title 18 U.S.C 1961-1968.

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Since the unlawful seizure of my son Dominic Matthew Contreras I am suffering from emotional stress due to my child being kidnapped according to 18 U.S.C  and as result of this unlawful seizure my son is now in harms way and is being hindered by the DEPARTMENT OF CHILDREN AND FAMILY SERVICES.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff / Claimant Cynthia Harris is seeking and common law remedy and pray's this court enters judgement on behalf of the Plaintiff / Claimant to order all Defendant(s) to cesist, desist and vacate all further actions, and to pay all court cost, restitution fees, and whatever else the court deems appropriate in this matter.

Actual Damages - $75,000
Punitive Damages - $75,000
Exemplary Damages - $75,000
Penal Damages - $75,000

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          0 7 - 2 7 - 2023

Signature of Plaintiff          *Cynthia Harris*          U.C.C 1-308

Printed Name of Plaintiff          Cynthia Harris

### B.   For Attorneys

Date of signing:

Signature of Attorney          None    in propria persona

Printed Name of Attorney          None    in propria persona

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

EXHIBIT-A

# ATTORNEY LICENSING IS A FRAUD!

There is no such thing as an Attorney License to practice law. The UNITED STATES SUPREME COURT held a long time ago that The practice of Law CANNOT be licensed by any state/State. This was so stated in a case named *Schware v. Board of Examiners*, 353 U.S. 232 (1957) and is located for all to read at the following pages in volume 353 U.S. pgs.238, 239 of the United States Reports. Here is a quote from that case:

> *"A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection [353 U.S. 232, 239] Clause of the Fourteenth Amendment. 5 Dent v. West Virginia, 129 U.S. 114 . Cf. Slochower v. Board of Education, 350 U.S. 551 ; Wieman v. Updegraff, 344 U.S. 183 . And see Ex parte Secombe, 19 How. 9, 13. A State can require high standards of qualification, such as good moral character or proficiency in its law, before it admits an applicant to the bar, but any qualification must have a rational connection with the applicant's fitness or capacity to practice law. Douglas v. Noble, 261 U.S. 165 ; Cummings v. Missouri, 4 Wall. 277, 319-320. Cf. Nebbia v. New York, 291 U.S. 502 . Obviously an applicant could not be excluded merely because he was a Republican or a Negro or a member of a particular church. Even in applying permissible standards, officers of a State cannot exclude an applicant when there is no basis for their finding that he fails to meet these standards, or when their action is invidiously discriminatory. Cf. Yick Wo v. Hopkins, 118 U.S. 356 ."*
> [Schware v. Board of Examiners, 353 U.S. 232 (1957), emphasis added]

Another case which bore this out was 📄 Sims v. Ahrens, 271 S.W. 720 (1925). In this case the opinion of the court was that

> *"The practice of Law is an occupation of common right."*

Where some confusion may start is when one doesn't understand that a state supreme court only issues a CERTIFICATE, and that is not a license. All a certificate does is authorize one of those dirt-bags to practice Law "IN COURTS" as a member of the state judicial branch of government. [Please see NOTE 1 below to see that there is no judicial branch of government as we have been led to believe all our lives] A plain truth of fact is that Attorneys are 'foreign agents', the same as Federal Agents from the bowels of hell known as WASHINGTON, DC, and can only represent wards of the court; infants and persons of unsound mind. [The reader would be surprised to find out that according to them, we're all of unsound mind that is: we're considered incompetent to handle our own affairs.] [Please see NOTE 2 below for a reference in a law dictionary which explains this concept

Further, as a CERTIFICATE IS NOT A LICENSE then it also gives no power to anyone to practice Law AS AN OCCUPATION, nor to DO BUSINESS AS A LAW FIRM.

The state bar association is not a government entity. The state bar ass...is "PROFESSIONAL ASSOCIATION" and their "STATE BAR" CARD IS NOT A LICENSE either. All that card is – is a "UNION DUES CARD" like the Actors Union, Painters Union, Electricians union etc. Did the reader know that there is no other association, not even DOCTORS, who issue their own license. All other licenses are issued by the state or local municipal corporations . Any one can ask their state Attorney General if the members of the BAR are licensed by the state or any other governmental agency. The reader will find out in short order that the state doesn't issue licenses for Attorney's and that said attorneys are NON-GOVERNMENTAL PRIVATE ASSOCIATION.

Therefore by reason logic and common sense we can arrive a the determination that the 'state bar ass… is; an unconstitutional monopoly, and thus an ILLEGAL & CRIMINAL ENTERPRISE. Since the majority, if not all of government offices are filled with Attorneys there is a definite violation of the separation of powers clause of a constitutional government.

Attorneys are nothing less than 'foreign agents' on our land as they are foreign to a constitutional government. They have NO POWER OR AUTHORITY for joining of Legislative, Judicial, or Executive

branches of a constitutional government, no matter if the so called people vote for them. It is against a Republican form of constitutional government law for them to even attempt to 'run for office' (sic). Of course this would include all judges as well as members of the other branches of a constitutional government

---

NOTE 1: In a Municipal Corporation, which is what all states (once called union States) are today. In Municipal Corporation Law there is no judicial branch. The judges, which we see today and, which we've seen all our lives, are administrative law judges appointed by the CEO of the Executive branch. ]. Some other time be an offer my conclusions, including the references which I used to make said conclusion. A little hint: If one could just understand how a W-4, which is of no lawful effect after 1 year, has its continued effect on someone who does not disclaim it's effect but instead allows the effect to continue for as long as that person is employed with the Federal employer he filed it with. The relate that same effect to the effect that the Birth Certificate has to one's continued effect of being incompetent to handle your own affairs – even if you're 67 years old like this old goat]

NOTE 2: SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4.

Writers note: We are all a product of our past experiences and teachings and what those experiences and teachings, whether written or spoken word, have led us to be. With that said much of what I read and write today is a product of some very influential people who have been in my life in recent months and years. Jack Yost, Ken Evans, Rice McLeod, Harmon L. Taylor, Bill Janes, Big Al and Pat Lynch are just a few and are not necessarily in written in order of importance. The article which I have added to above is the product of many another's mind and research. By way of the many influences mentioned herein and many more, that which I have done above might be called plagiarized. If so than all writers are plagiarizers, for they all use someone else's thoughts, teachings, and writings at sometime or another. I humbly admit that without input from those mentioned above I could not have written what I have and firmly believe that these friends were instruments sent to me by my Holy Father, The Ever-Living God. Thank you and Godspeed

Copyright Family Guardian Fellowship

Last revision: 8/16/09

This private system is NOT subject to monitoring

EXHIBIT A

# ATTORNEY LICENSING IS A FRAUD!

There is no such thing as an Attorney License to practice law. The UNITED STATES SUPREME COURT held a long time ago that  The practice of Law CANNOT be licensed by any state/State. This was so stated in a case named *Schware v. Board of Examiners*, 353 U.S. 232 (1957)  and is located for all to read at the following pages in volume 353 U.S. pgs.238, 239 of the United States Reports.  Here is a quote from that case:

> "***A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection [353 U.S. 232, 239]   Clause of the Fourteenth Amendment.*** *5 Dent v. West Virginia,* 129 U.S. 114 *. Cf. Slochower v. Board of Education,* 350 U.S. 551 *; Wieman v. Updegraff,* 344 U.S. 183 *. And see Ex parte Secombe, 19 How. 9, 13. A State can require high standards of qualification, such as good moral character or proficiency in its law, before it admits an applicant to the bar, but any qualification must have a rational connection with the applicant's fitness or capacity to practice law. Douglas v. Noble,* 261 U.S. 165 *; Cummings v. Missouri, 4 Wall. 277, 319-320. Cf. Nebbia v. New York,* 291 U.S. 502 *. Obviously an applicant could not be excluded merely because he was a Republican or a Negro or a member of a particular church.* ***Even in applying permissible standards, officers of a State cannot exclude an applicant when there is no basis for their finding that he fails to meet these standards, or when their action is invidiously discriminatory.*** *Cf. Yick Wo v. Hopkins,* 118 U.S. 356 *."*
> *[Schware v. Board of Examiners,* 353 U.S. 232 (1957), emphasis added]

Another case which bore this out was 📄 Sims v. Ahrens, 271 S.W. 720 (1925). In this case the opinion of the court was that

> "The practice of Law is an occupation of common right."

Where some confusion may start is when one doesn't understand that a state supreme court only issues a CERTIFICATE, and that is not a license. All a certificate does is authorize one of those dirt-bags to practice Law "IN COURTS" as a member of the state judicial branch of government. [Please see NOTE 1 below to see that there is no judicial branch of government as we have been led to believe all our lives] A plain truth of fact is that Attorneys are 'foreign agents', the same as Federal Agents from the bowels of hell known as WASHINGTON, DC, and can only represent wards of the court; infants and persons of unsound mind. [The reader would be surprised to find out that according to them, we're all of unsound mind that is; we're considered incompetent to handle our own affairs.] [Please see NOTE 2 below for a reference in a law dictionary which explains this concept

Further, as a CERTIFICATE IS NOT A LICENSE then it also gives no power to anyone to practice Law AS AN OCCUPATION, nor to DO BUSINESS AS A LAW FIRM.

The state bar association is not a government entity. The state bar ass…is "PROFESSIONAL ASSOCIATION" and their "STATE BAR" CARD IS NOT A LICENSE either. All that card is – is a "UNION DUES CARD" like the Actors Union, Painters Union, Electricians union etc. Did the reader know that there is no other association, not even DOCTORS, who issue their own license. All other licenses are issued by the state or local municipal corporations . Any one can ask their state Attorney General if the members of the BAR are licensed by the state or any other governmental agency. The reader will find out in short order that the state doesn't issue licenses for Attorney's and that said attorneys are NON-GOVERNMENTAL PRIVATE ASSOCIATION.

Therefore by reason logic and common sense we can arrive a the determination that the 'state bar ass… is; an unconstitutional monopoly, and thus an ILLEGAL & CRIMINAL ENTERPRISE.  Since the majority, if not all of government offices are filled with Attorneys there is a definite violation of the separation of powers clause of a constitutional government.

Attorneys are nothing less than 'foreign agents' on our land as they are foreign to a constitutional government. They have NO POWER OR AUTHORITY for joining of Legislative, Judicial, or Executive

branches of a constitutional government, no matter if the so called people vote for them. It is against a Republican form of constitutional government law for them to even attempt to 'run for office' (sic). Of course this would include all judges as well as members of the other branches of a constitutional government

---

NOTE 1: In a Municipal Corporation, which is what all states (once called union States) are today. In Municipal Corporation Law there is no judicial branch. The judges, which we see today and, which we've seen all our lives, are administrative law judges appointed by the CEO of the Executive branch. ]. Some other time be an offer my conclusions, including the references which I used to make said conclusion. A little hint: If one could just understand how a W-4, which is of no lawful effect after 1 year, has its continued effect on someone who does not disclaim it's effect but instead allows the effect to continue for as long as that person is employed with the Federal employer he filed it with. The relate that same effect to the effect that the Birth Certificate has to one's continued effect of being incompetent to handle your own affairs – even if you're 67 years old like this old goat]

NOTE 2: SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4.

Writers note: We are all a product of our past experiences and teachings and what those experiences and teachings, whether written or spoken word, have led us to be. With that said much of what I read and write today is a product of some very influential people who have been in my life in recent months and years. Jack Yost, Ken Evans, Rice McLeod, Harmon L. Taylor, Bill Janes, Big Al and Pat Lynch are just a few and are not necessarily in written in order of importance. The article which I have added to above is the product of many another's mind and research. By way of the many influences mentioned herein and many more, that which I have done above might be called plagiarized. If so than all writers are plagiarizers, for they all use someone else's thoughts, teachings, and writings at sometime or another. I humbly admit that without input from those mentioned above I could not have written what I have and firmly believe that these friends were instruments sent to me by my Holy Father, The Ever-Living God. Thank you and Godspeed

Copyright Family Guardian Fellowship

Last revision: 8/16/09

This private system is NOT subject to monitoring

# EXHIBIT-B

07-27-2023

LII > U.S. Code > Title 18 > PART I > CHAPTER 13 **> § 242**

Quick search by citation:
**Title**

enter title

**Section**

section

Go!

# 18 U.S. Code § 242 - Deprivation of rights under color of law

U.S. Code    Notes

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

VIEW

1. Click "View"
2. Install Firefox Extension
3. Enjoy EasyView!

EXHIBIT-B

Quick search by citation:
**Title**

| enter title | ⇕ |

**Section**

| section |

[ Go! ]

# 18 U.S. Code § 242 - Deprivation of rights under color of law

U.S. Code    Notes

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

VIEW

1. Click "View"
2. Install Firefox Extension
3. Enjoy EasyView!

EXHIBIT - C

# Declaration of 1959
# The Rights of The Child

**Declaration of the Rights of the Child, G.A. res. 1386 (XIV), 14 U.N. GAOR Supp. (No. 16) at 19, U.N. Doc. A/4354 (1959).**

## PREAMBLE

Whereas the peoples of the United Nations have, in the Charter, reaffirmed their faith in fundamental human rights and in the dignity and worth of the human person, and have determined to promote social progress and better standards of life in larger freedom,

Whereas the United Nations has, in the Universal Declaration of Human Rights, proclaimed that everyone is entitled to all the rights and freedoms set forth therein, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status,

Whereas the child, by reason of his physical and mental immaturity, needs special safeguards and care, including appropriate legal protection, before as well as after birth,

Whereas the need for such special safeguards has been stated in the **Geneva Declaration of the Rights of the Child of 1924,** and recognized in the Universal Declaration of Human Rights and in the statutes of specialized agencies and international organizations concerned with the welfare of children,

Whereas mankind owes to the child the best it has to give, Now therefore,

The General Assembly

Proclaims this Declaration of the Rights of the Child to the end that he may have a happy childhood and enjoy for his own good and for the good of society the rights and freedoms herein set forth, and calls upon parents, upon men and women as individuals, and upon voluntary organizations, local authorities and national Governments to recognize these rights and strive for their observance by legislative and other measures progressively taken in accordance with the following **principles:**

## Principle I

The child shall enjoy all the rights set forth in this Declaration. Every child, without any exception whatsoever, shall be entitled to these rights, without distinction or discrimination on account of race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status, whether of himself or of his family.

## Principle 2

The child shall enjoy special protection, and shall be given opportunities and facilities, by law and by other means, to enable him to develop physically, mentally, morally, spiritually and socially in a healthy and normal manner and in conditions of freedom and dignity. In the enactment of laws for this purpose, the best interests of the child shall be the paramount consideration.

*Principle 3*

The child shall be entitled from his birth to a name and a nationality.

*Principle 4*

The child shall enjoy the benefits of social security. He shall be entitled to grow and develop in health; to this end, special care and protection shall be provided both to him and to his mother, including adequate pre-natal and post-natal care. The child shall have the right to adequate nutrition, housing, recreation and medical services.

*Principle 5*

The child who is physically, mentally or socially handicapped shall be given the special treatment, education and care required by his particular condition.

*Principle 6*

The child, for the full and harmonious development of his personality, needs love and understanding. He shall, wherever possible, grow up in the care and under the responsibility of his parents, and, in any case, in an atmosphere of affection and of moral and material security; a child of tender years shall not, save in exceptional circumstances, be separated from his mother. Society and the public authorities shall have the duty to extend particular care to children without a family and to those without adequate means of support. Payment of State and other assistance towards the maintenance of children of large families is desirable.

*Principle 7*

The child is entitled to receive education, which shall be free and compulsory, at least in the elementary stages. He shall be given an education which will promote his general culture and enable him, on a basis of equal opportunity, to develop his abilities, his individual judgement, and his sense of moral and social responsibility, and to become a useful member of society.

The best interests of the child shall be the guiding principle of those responsible for his education and guidance; that responsibility lies in the first place with his parents.

The child shall have full opportunity for play and recreation, which should be directed to the same purposes as education; society and the public authorities shall endeavour to promote the enjoyment of this right.

*Principle 8*

The child shall in all circumstances be among the first to receive protection and relief.

*Principle 9*

The child shall be protected against all forms of neglect, cruelty and exploitation. He shall not be the subject of traffic, in any form.

The child shall not be admitted to employment before an appropriate minimum age; he shall in no case be caused or permitted to engage in any occupation or employment which would prejudice his health or education, or interfere with his physical, mental or moral development.

*Principle 10*

The child shall be protected from practices which may foster racial, religious and any other form of discrimination. He shall be brought up in a spirit of understanding, tolerance, friendship among peoples, peace and universal brotherhood, and in full consciousness that his energy and talents should be devoted to the service of his fellow men.



**Will
The Children
Rule The World?**

All individuals are mortal,
and the destiny of the world,
the ruling and the being ruled,
is all in the hands of the children.
Those who rule today were
the children of yesterday and
will be dust tomorrow.

**That is the law of human life.**
It means that **"a mother is the holiest
thing alive"**, that history is made in the
nursery, that the bringing up of children
is the <u>noblest, the purest,</u>  and the <u>most
necessary work in the  world</u>, and
the most difficult,  just because
the human being is so wonderful
and Complicated in the Nature
of his mind and his body.

*—From the
Book of Knowledge
Collection*

The illustration above, and the one below are not in the International Document.  They have been inserted here to stimulate effective thought processing of Mothers who bring in children.  **Children are expressions of the energies of the Universe, and manifestations of the Mother.**



The varied energies which comprise the human family are described in the Zodiac Signs. The Study of Cosmology gives a greater understanding of human nature.

EXHIBIT-C

# Declaration of 1959
# The Rights of The Child

**Declaration of the Rights of the Child, G.A. res. 1386 (XIV), 14 U.N. GAOR Supp. (No. 16) at 19, U.N. Doc. A/4354 (1959).**

## PREAMBLE

**Whereas** the peoples of the United Nations have, in the Charter, reaffirmed their faith in fundamental human rights and in the dignity and worth of the human person, and have determined to promote social progress and better standards of life in larger freedom,

**Whereas** the United Nations has, in the Universal Declaration of Human Rights, proclaimed that everyone is entitled to all the rights and freedoms set forth therein, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status,

**Whereas** the child, by reason of his physical and mental immaturity, needs special safeguards and care, including appropriate legal protection, before as well as after birth,

**Whereas** the need for such special safeguards has been stated in the **Geneva Declaration of the Rights of the Child of 1924**, and recognized in the Universal Declaration of Human Rights and in the statutes of specialized agencies and international organizations concerned with the welfare of children,

**Whereas** mankind owes to the child the best it has to give, Now therefore,

**The General Assembly**

Proclaims this Declaration of the Rights of the Child to the end that he may have a happy childhood and enjoy for his own good and for the good of society the rights and freedoms herein set forth, and calls upon parents, upon men and women as individuals, and upon voluntary organizations, local authorities and national Governments to recognize these rights and strive for their observance by legislative and other measures progressively taken in accordance with the following **principles:**

## Principle I

The child shall enjoy all the rights set forth in this Declaration. Every child, without any exception whatsoever, shall be entitled to these rights, without distinction or discrimination on account of race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status, whether of himself or of his family.

## Principle 2

The child shall enjoy special protection, and shall be given opportunities and facilities, by law and by other means, to enable him to develop physically, mentally, morally, spiritually and socially in a healthy and normal manner and in conditions of freedom and dignity. In the enactment of laws for this purpose, the best interests of the child shall be the paramount consideration.

*Principle 3*

The child shall be entitled from his birth to a name and a nationality.

*Principle 4*

The child shall enjoy the benefits of social security. He shall be entitled to grow and develop in health; to this end, special care and protection shall be provided both to him and to his mother, including adequate pre-natal and post-natal care. The child shall have the right to adequate nutrition, housing, recreation and medical services.

*Principle 5*

The child who is physically, mentally or socially handicapped shall be given the special treatment, education and care required by his particular condition.

*Principle 6*

The child, for the full and harmonious development of his personality, needs love and understanding. He shall, wherever possible, grow up in the care and under the responsibility of his parents, and, in any case, in an atmosphere of affection and of moral and material security; a child of tender years shall not, save in exceptional circumstances, be separated from his mother. Society and the public authorities shall have the duty to extend particular care to children without a family and to those without adequate means of support. Payment of State and other assistance towards the maintenance of children of large families is desirable.

*Principle 7*

The child is entitled to receive education, which shall be free and compulsory, at least in the elementary stages. He shall be given an education which will promote his general culture and enable him, on a basis of equal opportunity, to develop his abilities, his individual judgement, and his sense of moral and social responsibility, and to become a useful member of society.

The best interests of the child shall be the guiding principle of those responsible for his education and guidance; that responsibility lies in the first place with his parents.

The child shall have full opportunity for play and recreation, which should be directed to the same purposes as education; society and the public authorities shall endeavour to promote the enjoyment of this right.

*Principle 8*

The child shall in all circumstances be among the first to receive protection and relief.

*Principle 9*

The child shall be protected against all forms of neglect, cruelty and exploitation. He shall not be the subject of traffic, in any form.

The child shall not be admitted to employment before an appropriate minimum age; he shall in no case be caused or permitted to engage in any occupation or employment which would prejudice his health or education, or interfere with his physical, mental or moral development.

*Principle 10*

The child shall be protected from practices which may foster racial, religious and any other form of discrimination. He shall be brought up in a spirit of understanding, tolerance, friendship among peoples, peace and universal brotherhood, and in full consciousness that his energy and talents should be devoted to the service of his fellow men.



**Will
The Children
Rule The World?**

All individuals are mortal,
and the destiny of the world,
the ruling and the being ruled,
is all in the hands of the children.
Those who rule today were
the children of yesterday and
will be dust tomorrow.

**That is the law of human life.**
It means that **"a mother is the holiest
thing alive"**, that history is made in the
nursery, that the bringing up of children
is the <u>noblest, the purest,</u> and the <u>most
necessary work in the world</u>, and
the most difficult, just because
the human being is so wonderful
and Complicated in the Nature
of his mind and his body.

*—From the
Book of Knowledge
Collection*

The illustration above, and the one below are not in the International Document. They have been inserted here to stimulate effective thought processing of Mothers who bring in children. **Children are expressions of the energies of the Universe, and manifestations of the Mother.**



The varied energies which comprise the human family are described in the Zodiac Signs. The Study of Cosmology gives a greater understanding of human nature.



Allodial American National #AA222141
All Rights & Liberties Reserved Allodial U.C.C 1-308 / 207.1159
Without Prejudice Nunc pro tunc
Non General Delivery: 1585 Haynes Street
Near Los Angeles Territory, California State Republic [Zip Exempt]
Address
Via U.S. Postal Service

Postage Paid - Taxes Permit
742 AFFIXED UPU 144
Allodial American National
OFFSET Via H.J.R 192
PORT PAYE - O.H.M.S
Al -Maghreb Af Aqsa

UNITED STATES POSTAL SERVICE®

**CERTIFIED MAIL®**
FOR USE ONLY WITH IMpb SHIPPING LABEL

Label 3800-N, January 2014          PSN 7690-17-000-0906

ATTN: Kirk K. Gray — Clerk of Court
ATTN: United States District Court Central District of California
c/o : [255 East Temple Street
      Los Anodes, CA 90012]
      U.S.A

