FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALLODIAL AMERICAN NATIONAL PRIVATE TRUST
F.E.I.N: 06143
Cinthia Harris et.al

**PLAINTIFF/PETITIONER,**

v.

DEPARTMENT OF CHILDREN FAMILY SERVICES
LOS ANGELES COUNTY SUPERIOR COURT of CALIF.
ANNABELLE G. CORTEZ - B.A.R No. 193258

**DEFENDANT/RESPONDENT.**

**CASE NUMBER**
CV23-6558-SB (RAOx)

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

I, Cinthia Harris, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ___None___

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?               ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?     ☐ Yes   ☒ No
   d. Gifts or inheritances?                              ☐ Yes   ☒ No
   e. Any other income (other than listed above)?         ☐ Yes   ☒ No
   f. Loans?                                              ☐ Yes   ☒ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? __N/A - Not Applicable - Exempt__

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Joesph L. Harris, Dominic Matthew Contreras unlimited care and support is contributed to both children that is my sons.

7. Estimate your average monthly expenses below:

   | Housing | $ 0 |
   | Food | $ 0 |
   | Medical | $ 0 |
   | Utilities | $ 0 |
   | Credit Cards | $ 0 |
   | Vehicle | $ 0 |
   | Child Care | $ 0 |
   | Insurance | $ 0 |
   | Loans | $ 0 |
   | Other | $ |

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

CALIFORNIA CORPORATION
State

Morocco
County (or City)

I, Cynthia Harris, declare under penalty of perjury that the foregoing is true and correct.

Date: 07-27-2023

*Cynthia Harris*
Plaintiff/Petitioner (Signature)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

CV-60 (05/23)                                                                    Page 2 of 2