NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER

ALLODIAL AMERICAN NATIONAL PRIVATE TRUST - F.E.I.N: [06037]
Without Prejudice / Recourse
All Rights & Liberties Reserved Allodial U.C.C 1-308/207/103
c/o: One Zero Five Five North Vignes Street
Near Los Angeles Territory, California Corporation [06143]
Non Domestic,                          Via United States Republic Postal
CONSUL
~~ATTORNEY~~(S) FOR: Cynthia Harris - Ex Rel: CYNTHIA HARRIS / HARRIS CYNTHIA et.al


FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLODIAL AMERICAN NATIONAL PRIVATE TRUST -- F.E.I.N : [06037], Cynthia Harris - Ex Rel: CYNTHIA HARRIS / HARRIS CYNTHIA et,al<br><br>Plaintiff(s)<br>v.<br>THE STATE BAR OF CALIFORNIA - E.I.N #:[94-6001385], LOS ANGELES COUNTY SUPERIOR COURT OF CALIFORNIA, DEPARTMENT OF CHILDREN FAMILY SERVICES, ANNABELLE G. CORTEZ - B.A.R No. #: [183258], FERNANDO AMENDOLA ET.AL<br>Defendant(s). | CASE NUMBER:<br><br>**CV23-6558-SB(RAOx)**<br><br>STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only) |

### (THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)

In accordance with General Order 12-02 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge _____. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☒ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Consul<br>Name of ~~Counsel~~ (**OR** Party if Pro Per) | Autograph<br>~~Signature~~ and date | Consul<br>~~Counsel~~ for (Name of Party or Parties) |
|---|---|---|
| ALLODIAL AMERICAN NATIONAL PRIVATE TRUST - F.E.I.N: [06037] | U.C.C 1-308 | Cynthia Harris - Ex Rel: CYNTHIA HARRIS / HARRIS CYNTHIA et al |

CONSUL
**NOTICE TO ~~COUNSEL~~ FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (05/14)   STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)