# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLODIAL AMERICAN NATIONAL PRIVATE TRUST, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–06558–SB–RAO<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/14/2023

Document No.:   3

Title of Document:   Consent to Proceed before US Magistrate Judge – Declined by Party

**ERROR(S) WITH DOCUMENT:**

The filing of a Declination Statement of Consent to Proceed before a Magistrate Judge only applies to cases under the "Magistrate Judge Direct Assignment Program", wherein the initial judge assignment as the presider of the case is assigned to a magistrate judge. This case is not under that program.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 15, 2023          By:  /s/ *Robert Nadres  Robert_Nadres@cacd.uscourts.gov*
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**