JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Allodial American National Private Trust | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | 2:23-cv-06558-SB-RAO |
| The State Bar of California | **ORDER ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br>**(NON-PRISONER CASE)** |
| DEFENDANT(S) | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.    ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

   ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
   ☒ The action is frivolous or malicious.
   ☒ The action fails to state a claim upon which relief may be granted.
   ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☒ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

8/17/2023

Date

*[signature]*

United States District Judge

CV-73 (07/22)   ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

The Complaint fails to state a cognizable claim and contains multiple inconsistencies in the names of the parties, the relief requested, the statutes cited, the basis for jurisdiction, the causes of action asserted, and the events giving rise to the cause of action.  One of the exhibits references zodiac symbols and bears no relevance to the law.  As best as the court can construe, Plaintiff appears to challenge the taking into custody of her sons by the California Department of Children and Family Services, but Plaintiff does not explain how Defendants violated the law.  The Complaint is dismissed without prejudice.

*(attach additional pages if necessary)*