**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RECD
CLERK, U.S. DISTRICT COURT

OCT – 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

NEOPOST          FIRST-CLA
08/17/2023
US POSTAGE  $001.

AUG 2 1 2023

NIXIE      910   7E  1          7209/30/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



FILED
CLERK, U.S. DISTRICT COURT

OCT  4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY  mmc              DEPUTY

2:23CV6558



CSO ROYBAL
X-RCVED

Cynthia  Harris-Bey
c/o General Delivery
1055 North Vignes Street
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36360753@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-06558-SB-RAO Allodial American National Private Trust et al v. The State Bar of California et al Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 8/14/2023 at 4:51 PM PDT and filed on 8/14/2023

| | |
|---|---|
| **Case Name:** | Allodial American National Private Trust et al v. The State Bar of California et al |
| **Case Number:** | 2:23-cv-06558-SB-RAO |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap)**

**2:23-cv-06558-SB-RAO Notice has been electronically mailed to:**
**2:23-cv-06558-SB-RAO Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Cynthia Harris-Bey
c/o General Delivery
1055 North Vignes Street
Los Angeles CA 90012
US