UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS





2:23cv6558
(SB)

Case: 2:23cv6558   Doc: 7

Cynthia  Harris-Bey
c o General Delivery
1055 North Vignes Street
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36366794@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-06558-SB-RAO Allodial American National Private Trust et al v. The State Bar of California et al Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/15/2023 at 2:14 PM PDT and filed on 8/15/2023

| | |
|---|---|
| **Case Name:** | Allodial American National Private Trust et al v. The State Bar of California et al |
| **Case Number:** | 2:23-cv-06558-SB-RAO |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Consent to Proceed before US Magistrate Judge - DECLINED by Party[3]. The following error(s) was/were found: The filing of a Declination Statement of Consent to Proceed before a Magistrate Judge only applies to cases under the "Magistrate Judge Direct Assignment Program", wherein the initial judge assignment as the presider of the case is assigned to a magistrate judge. This case is not under that program. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (rn)**

**2:23-cv-06558-SB-RAO Notice has been electronically mailed to:**
**2:23-cv-06558-SB-RAO Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Cynthia Harris-Bey
c o General Delivery
1055 North Vignes Street
Los Angeles CA 90012