UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**





RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
OCT 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc DEPUTY

2:23cv6558



(SB)

Case: 2:23cv6558   Doc: 4


Cynthia  Harris-Bey
c/o General Delivery
1055 North Vignes Street
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36360720@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-06558-SB-RAO Allodial American National Private Trust et al v. The State Bar of California et al Notice of Assignment to United States Judges(CV-18) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 8/14/2023 at 4:49 PM PDT and filed on 8/14/2023

| | |
|---|---|
| **Case Name:** | Allodial American National Private Trust et al v. The State Bar of California et al |
| **Case Number:** | 2:23-cv-06558-SB-RAO |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge Stanley Blumenfeld, Jr and Magistrate Judge Rozella A. Oliver. (ghap)**

**2:23-cv-06558-SB-RAO Notice has been electronically mailed to:**
**2:23-cv-06558-SB-RAO Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Cynthia Harris-Bey
c/o General Delivery
1055 North Vignes Street
Los Angeles CA 90012
US